# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERONICA VALENTINE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL KOZELICHKI, Lieutenant of Omaha Police, City of Omaha<br><br>    Defendant. | 8:17CV236<br><br>ORDER |

Plaintiff has submitted a motion to proceed in forma pauperis. (Filing No. 2.) Upon review of the request, I will waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED** that Plaintiff's motion to proceed in forma pauperis (Filing No. 2) is granted. The Clerk of Court shall file the original complaint and accompanying pleadings without prepayment of costs or fees.

**Dated: July 7, 2017.**

                  BY THE COURT:

                  s/ Michael D. Nelson
                  **United States Magistrate Judge**