IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERONICA VALENTINE,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL KOZELICHKI, Lieutenant of Omaha Police, City of Omaha,<br><br>                Defendant. | **8:17CV236**<br><br>**ORDER** |

Pursuant to the Reassignment and Consolidation Order (Filing No. 5), this case was removed from the Pro Se docket and consolidated with two pending related cases: *Valentine v. Villwok et al*, Case Nos. 8:16cv131 and 8:16cv174. Upon review of the case files and in the interest of justice, the Order appointing Cathy Trent-Vilim as counsel for Plaintiff in the member cases shall apply to the above-captioned case. (See Filing No. 116 in Case No. 8:16cv131 and 8:16cv174). The Court expresses its appreciation to Ms. Trent-Vilim for her service. Accordingly,

**IT IS ORDERED** that Cathy Trent-Vilim is hereby appointed to represent Plaintiff, Veronica Valentine, in this matter. Ms. Trent-Vilim shall enter her appearance upon receipt of this Order. The Clerk of Court shall mail copies of this Order to Cathy Trent-Vilim, at 10306 Regency Pkwy Dr., Omaha, NE 68114, and shall also send her an emailed copy at ctrent-vilim@LDMLaw.com. Ms. Trent-Vilim shall enter her appearance upon receipt of this Order.

Dated this 12th day of January, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge